# INFORMATION SHEET

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
*   FEBRUARY 21, 2024   *
BROOKLYN OFFICE

24-CR-77

1. Title of Case:  United States v. Zhen Hua Li

   Judge Natasha C. Merle
   Magistrate Judge Marcia M. Henry

2. Related Magistrate Docket Number(s): _____

3. Arrest Date:  N/A

4. Nature of offense(s):    ☒   Felony
                            ☐   Misdemeanor

5. Related Cases - Title and Docket No(s). (Pursuant to Rule 50.3.2 of the Local E.D.N.Y. Division of Business Rules): _____

6. Projected Length of Trial:    Less than 6 weeks    ☒
                                 More than 6 weeks    ☐

7. County in which crime was allegedly committed: Queens
   (Pursuant to Rule 50.1(d) of the Local E.D.N.Y. Division of Business Rules)

8. Was any aspect of the investigation, inquiry and prosecution giving rise to the case pending or initiated before March 10, 2012.   ☐ Yes   ☒ No

9. Has this indictment/information been ordered sealed?        ☐ Yes   ☒ No

10. Have arrest warrants been ordered?                          ☐ Yes   ☒ No

11. Is there a capital count included in the indictment?   ☐ Yes   ☒ No

                                BREON PEACE
                                United States Attorney

                        By:     _____
                                Chand Edwards-Balfour
                                Assistant U.S. Attorney
                                Chand.edwards-balfour@usdoj.gov
                                718-254-7000

Rev. 12/14/23